NO. 07-03-0502-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 21, 2004

_____


JEFFREY DON ALFORD AND ANGELA DREW ALFORD, APPELLANTS

V.

CYNTHIA JEAN ROBERTS MAYS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 53-458-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

By letters dated December 2, 2003, and January 5, 2004, this Court directed appellants Jeffrey Don Alford and Angela Drew Alford to pay the required filing fee of $125 by Friday, January 16, 2004, before any further action could be taken in this appeal, noting that failure to do so might result in dismissal.  Unless a party is excused from paying a filing

fee, the Clerk of this Court is required to collect filing fees set by statute or the Supreme Court when an item is presented for filing. *See* Tex. R. App. P. 5 and 12.1(b). Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. Tex. R. App. P. 25.1(b). Thus, because the filing fee of $125 remains unpaid, we must dismiss the appeal.

Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee within ten days. Tex. R. App. P. 42.3(c).

Don H. Reavis
Justice